IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REVEREND WESLEY CARROLL,<br><br>Plaintiff<br><br>vs.<br><br>CLERK OF COURT, COURT OF COMMON PLEAS OF ALLEGHENY COUNTY; COURT OF COMMON PLEAS OF ALLEGHENY COUNTY<br><br>Defendants | Civil Action No. 08-1684<br>Judge Arthur J. Schwab<br>Magistrate Judge Amy Reynolds Hay<br><br><br><br><br>Re: Dkt. [1] |

## ORDER

AND NOW, this 15th day of January, 2009, after the Plaintiff, Reverend Wesley Carroll, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge giving the plaintiff until December 29, 2008 to file written objections thereto, and no objections having been filed by Plaintiff, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that pursuant to the Prison Litigation Reform Act, the motion for leave to proceed in forma pauperis is denied and the complaint is dismissed without prejudice to re-filing after payment of the filing fee.

IT IS HEREBY ORDERED that the report and recommendation is adopted as the opinion of this Court.

IT IS FURTHER ORDERED that pursuant to 28 U.S.C. § 1915(a)(3) any appeal

from this order would not be taken in good faith.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the parties desire to appeal from this Order they must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

_____
ARTHUR J. SCHWAB
United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

Wesley Carroll
GE-8666
SCI Waymart
P.O. Box 256
Route #6
Waymart, PA 18472